UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CASE NO: 1:19-cv-25-GNS

(ELECTRONICALLY FILED)

**JOHN R. BOUSTANI**                                                                            **PLAINTIFF**

**v.**      **MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

**GENERAL MOTORS LLC, and**
**BRIAN PALMER**                                                              **DEFENDANTS**

The Plaintiff, John R. Boustani, by counsel, pursuant to Fed. R. Civ. P. 15(a)(2) and for his motion for leave to file a first amended complaint, states as follows:

Federal Rule of Civil Procedure 15(a)(2) allows a party to amend a pleading with the Court's leave. According to that rule, a Court should freely give leave when justice so requires.[1]

The purpose of Rule 15(a) is to reinforce the principle that cases should be tried on their merits. *Greenberg v. Life Ins. Co. of Virginia*, 177 F.3d 507, 522 (6th Cir. 1999). Accordingly, "[F]ederal courts favor liberality in permitting amendments to pleadings." *Hayden v. Ford Motor Co.*, 497 F.2d 1292, 1293 (6th Cir. 1974). As the Supreme Court has reasoned:

> In the absence of any apparent or declared reason-such as undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, futility of amendment, etc.-the leave sought should, as the rules require, be "freely given."

*Foman v. Davis*, 371 U.S. 178, 182 (1962).

---

[1] *Id.*

Here, Plaintiff seeks to amend his complaint to more specifically articulate his claim against Defendant Brian Palmer under KRS 344.280 (Kentucky Civil Rights Act). Defendants have sought to remove this case to Federal Court based on the fraudulent joinder of Defendant Palmer.[2] Specifically, Defendants argue, *inter alia,* that a supervising employee such as Defendant Palmer cannot be held individually liable for KCRA claims. Although this is generally true, Kentucky Law clearly allows an individual claim to be asserted against a supervisor who retaliates against an employee for filing a complaint regarding a discriminatory practice. In order to ensure that the record is clear regarding Plaintiff's individual cause of action against Defendant Palmer, he requests leave to file the amended complaint attached hereto as **Exhibit 1**.

For these reasons, Plaintiff respectfully requests an Order of the Court granting him leave to file and ordering filed the first amended complaint attached hereto.

HON. T. BRIAN LOWDER
LOWDER & MCGILL, PLLC
537 E. 10th Ave., Ste. 200, P.O. BOX 900
Bowling Green, KY 42102-0900
TEL: (270) 842-3924 FAX: (270) 282-2085

BY: */s/ T. Brian Lowder*
Attorney for Defendant

**CERTIFICATE OF SERVICE**

This is to certify that on March 21, 2019, the foregoing has been filed electronically with the Clerk of the Court by using the CM/EFC System which will send a notice of electronic filing if registered with the CM/EFC System to the following:

All counsel of record

*/s/ T. Brian Lowder*
T. Brian Lowder

---

[2] Defendants notice of removal ¶ 4.